

Office of the Clerk
United States Bankruptcy Court, Northern District of California
San Francisco Division

Edward J. Emmons
Clerk of Court
P.O. Box 7341
San Francisco, CA 94120-7341
Phone: (415) 268-2300

Elizabeth Lucero,
Division Office Manager
235 Pine Street, 19th Floor
San Francisco, CA 94104
Phone: (415) 268-2312

March 12, 2014

**FILED**
MAR 17 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk of Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**CV 14 1237 CRB**



Re: Transmittal of Documents: **Heller Ehrman LLP, Bankruptcy Case No. 08-32514 DM, Adversary Nos,: 10-3210 DM, 10-3213 DM, 10-3221 DM, and 10-3234 DM**-Certification of Readiness For Jury And Bench Trials And Recommendation For Withdrawal of Reference.

Dear Clerk:

Pursuant to Bankruptcy Local Rule 5011-2(a), we are transmitting the following documents to your court for the above referenced matters:

- Certified Copy of Certification of Readiness For Jury And Bench Trials and Recommendation for Withdrawal of Reference for Heller Ehrman LLP vs Davis Wright Tremaine LLP, Adversary Case No. 10-3210 DM entered on March 07, 2014.

- Certified Copy of Certification of Readiness For Jury And Bench Trials and Recommendation for Withdrawal of Reference for Heller Ehrman LLP vs Foley & Lardner LLP, Adversary Case No. 10-3213 DM entered on March 07, 2014.

- Certified Copy of Certification of Readiness For Jury And Bench Trials and Recommendation for Withdrawal of Reference for Heller Ehrman LLP vs Jones Day, Adversary Case No. 10-3221 DM entered on March 07, 2014.

- Certified Copy of Certification of Readiness For Jury And Bench Trials and Recommendation for Withdrawal of Reference for Heller Ehrman LLP vs Orrick, Herrington & Sutcliffe LLP, Adversary Case No. 10-3234 entered on March 07, 2014.

If you have any questions, please let me know. Also, please acknowledge receipt on the copy of this letter.

Sincerely,

Edward J. Emmons
Clerk of Court

By: _Anna Cho-Wong_
Deputy Clerk, Anna Cho-Wong

Enclosures (4)

*************************************************************************

## ACKNOWLEDGMENT OF RECEIPT

The certified documents for the above referenced matter was received on: __MAR 1 7 2013__.

We have assigned a new case number for all the above referenced matter: __CV 14 1237 CRB__